IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | Criminal No: 06-075 RBW |
| | * | |
| v. | * | Filed: March 20, 2006 |
| | * | |
| CMET, INC. | * | |
| | * | Violation: 18 U.S.C. § 371 |
| | * | |
| | * | |
| | ******* | |

NOTICE OF FILING

FILED
JUN 2 7 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

PLEASE TAKE NOTICE that the attached Board of Directors' Resolution should be filed as an attachment to the CMET, Inc. Plea Agreement, dated March 20, 2006, but was inadvertently omitted. Please file the attached Board of Directors' Resolution as an attachment to the above stated plea agreement.

DATE: JUNE 27, 2006

John Schmoll
Kenneth W. Gaul
Chinita M. Sinkler
Trial Attorneys
U.S. Department of Justice
Antitrust Division
1401 H Street, NW, Suite 3700
Washington, DC 20530
Tel: (202) 307-5780
Fax: (202) 514-6525