CMET, Inc.
WAIVER OF NOTICE
OF BOARD OF DIRECTORS' MEETING

CR 06-75

**FILED**

JUN 2 7 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

The undersigned, being all of the members of the Board of Directors of CMET, Inc., do hereby waive notice of consent and agree to hold a meeting of said Board at 9:30 a.m. on February 7, 2006 in Yokohama, Japan for the purpose of calling a CMET, Inc. Board of Directors' Meeting to discuss and approve the Plea Agreement attached hereto.

Given under our hands this seventh day of February 2006.

CMET, Inc.

Chairman
Director: _____
Jirokomei Yoshida

Director: _____
Tsuneo Hagiwara

Director: _____
Takakuni Ueno

Auditor: _____
Shuichi Nakamura

1

## CMET, Inc.
## Minutes of Board of Directors' Meeting

Pursuant to Waiver of Notice, a meeting of the Board of Directors of the Company was held at 9:30 a.m. on the seventh day of February 2006 in Yokohama, Japan.

Total Number of Directors: 3
Directors Present : 3

        Jirokomei Yoshida
        Tsuneo Hagiwara
        Takakuni Ueno

Total Number of Auditors : 1
Auditor Present : 1

        Shuichi Nakamura

There being a quorum present, Jirokomei Yoshida, Representative Director, acted as Chairman of the meeting and proceeded with the business.

The Chairman stated that all the attendees were requested to review the Draft of the Plea Agreement as attached to the Waiver of Notice.

RESOLUTION

After explanation made by the Chairman with respect to said Draft of the Plea Agreement and full discussions following such explanation, all the attendees unanimously approved Jirokomei Yoshida, Representative Director, to sign said Draft of the Plea Agreement.

There being no further business to come before the meeting, the Chairman declared the meeting closed 11:00 a.m. February 7, 2006.

IN WITNESS WHEREOF, the Chairman and Directors and Auditor present at the meeting have hereto set their hands this seventh day of February 2006.

Chairman
Director: _____
Jirokomei Yoshida

Director: _____
Tsuneo Hagiwara

Director: _____
Takakuni Ueno

Auditor: _____
Shuichi Nakamura