IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**
JUN 3 0 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| UNITED STATES OF AMERICA | * * * Criminal No: 06-075 RBW * * Filed: March 20, 2006 |
| v. | * * Violation: 18 U.S.C. § 371 * |
| CMET, INC. | * |

********

## MOTION FOR PRO HAC VICE ADMISSION OF ROBERT P. TAYLOR

Pursuant to Local Criminal Rule 44.1(d), the undersigned hereby moves this Court for the Admission Pro Hac Vice of attorney Robert P. Taylor for participation in proceedings in the above-titled matter on behalf of the defendant CMET, Inc. The Declaration of Robert P. Taylor is submitted in support of this motion and in accord with Local Criminal Rule 44.1(d).

Dated: June 2), 2006

Respectfully submitted,

Mark C. Schechter
D.C. Bar No. 448182
Howrey LLP
1299 Pennsylvania Avenue, NW
Washington, DC 20004
Phone: 202-783-0800
Facsimile: 202-383-6610
**Attorneys for Defendant
CMET, Inc.**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * * * | Criminal No: 06-075 RBW |
| | * | Filed: March 20, 2006 |
| v. | * * | |
| | * | Violation: 18 U.S.C. § 371 |
| CMET, INC. | * * | |

\*\*\*\*\*\*\*\*

## DECLARATION OF ROBERT P. TAYLOR IN SUPPORT OF MOTION FOR PRO HAC VICE ADMISSION

1.  My name is Robert P. Taylor.

2.  My office address is Howrey LLP, 1950 University Avenue, 4th Floor, East Palo Alto, California, 94303. My office telephone number is (650) 798-3500.

3.  I am a member in good standing of the State Bar of California. I am a member in good standing of the bars of the following federal courts: Northern District of California; Central District of California; Southern District of California; Eastern District of California; United States Court of Appeals, Ninth Circuit; United States Court of Appeals for the Federal Circuit, Supreme Court of the United States.

4.  I certify that I have not been disciplined by any bar.

5.  I have not been admitted to this Court pro hac vice within the last two years.

6.  I do not engage in the practice of law from an office in the District of Columbia,

//

//

//

and I am not a member of the District of Columbia Bar.

I declare under penalty of perjury that the foregoing is true and correct. Executed on June 27, 2006.

                                                            Robert P. Taylor