IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

JUN 3 0 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | Criminal No: 06-075 RBW |
| | * | |
| v. | * | Filed: March 20, 2006 |
| | * | Violation: 18 U.S.C. § 371 |
| **CMET, INC.** | * | |

********

### [PROPOSED] ORDER GRANTING MOTION FOR PRO HAC VICE ADMISSION OF ROBERT P. TAYLOR

Upon consideration of Defendant's Motion for Pro Hac Vice Admission of Robert P. Taylor and the Declaration of Robert P. Taylor in Support of Motion for Pro Hac Vice Admission, it is hereby

**ORDERED:**

Defendant's Motion of Pro Hac Vice Admission of Robert P. Taylor is

**GRANTED.**

Date: June 30, 2006            By: _[signature]_
                                   United States Judge
                                   Reggie B. Walton
                                   United States District Court
                                   District of Columbia