CO-526
(12/86)

FILED

JUN 3 0 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA )
)
)
vs. ) Criminal No. 06-075
)
CMET, INC. )
)

## WAIVER OF TRIAL BY JURY

With the consent of the United States Attorney and the approval of the Court, the defendant waives his right to trial by jury.

_____ on behalf of
Defendant                  CMET, Inc.

_____
Counsel for defendant

I consent:

_____
United States Attorney

Approved:

_____
Judge

6/30/06