AO 455 (Rev. 5/85) Waiver of Indictment

# United States District Court

FILED
JUN 3 0 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

———— DISTRICT OF ————

UNITED STATES OF AMERICA
v.
CMET, INC.

WAIVER OF INDICTMENT

CASE NUMBER: CR 06-75

I, _Hiroyuki Aoi, on behalf of_, the above named defendant, who is accused of

_18 U.S.C. 1371 conspiracy to obstruct, a violation of 18 U.S.C. 1503_

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on _June 30, 2006_ (Date) prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____ on behalf of CMET, Inc.
Defendant

_____
Counsel for Defendant

Before _____
6/30/06