HONORABLE REGGIE B. WALTON, UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Docket No.: 06-CR-075 |
| vs. | : | SSN: |
| INC, Cmet | : | Disclosure Date: May 15, 2006 |

**FILED**
JUN 3 0 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

### RECEIPT AND ACKNOWLEDGMENT OF
### PRESENTENCE INVESTIGATION REPORT

This is to acknowledge that each of the undersigned has received and reviewed the Presentence Investigation Report (PSR) in the above-entitled case. The undersigned further acknowledges that:

**For the Government**

(CHECK APPROPRIATE BOX)
    (X)    There are no material/factual inaccuracies therein.
    ( )    There are material/factual inaccuracies in the PSI report as set forth in the attachment herein.

_____                        6/30/2006
**Prosecuting Attorney**                              **Date**

**For the Defendant**

(CHECK APPROPRIATE BOX)
    ( )    There are no material/factual inaccuracies therein.
    ( )    There are material/factual inaccuracies in the PSI report as set forth in the attachment.

_____                        _____   6/30/06
**Defendant**                    **Date**        **Defense Counsel**      **Date**

### NOTICE OF OBLIGATION OF THOSE EXECUTING THIS FORM

Pursuant to Local Rule 32(f)(2), those executing this form shall first submit any material inaccuracies or disputes in writing by **May 29, 2006**, to U.S. Probation Officer **Deborah Stevens-Panzer**, telephone number **(202) 565-1422**, fax number **(202) 273-0242**.

Pursuant to Rule 32(b)(6)(B), effective December 1, 1994, it shall be the responsibility of the Attorney for the Government and the Defense Counsel to provide each other with a copy of the objections at the same time the objections are filed with the probation office.

**FOR THE COURT**

By:    Richard A. Houck, Jr., Chief
        United States Probation Officer



**U.S. Department of Justice**

Antitrust Division

---

*City Center Building*
*1401 H Street, NW*
*Washington, DC 20530*

May 31, 2006

VIA FACSIMILE (202-273-0193)

Deborah A. Stevens-Panzer
Senior United States Probation Officer
United States Probation Office
333 Constitution Avenue, NW, Suite 2800
Washington, DC 20001-2866

    Re:    Presentence Investigation Report - United States v. CMET - CR-06-075-01

Dear Ms. Stevens-Panzer:

    This letter is being written to address inaccuracies in the Presentence Investigation Report ("Report") prepared in the matter of United States v. CMET, dated May 11, 2006. Sentencing is scheduled for June 30, 2006. There are two items that we would like to call to your attention for correction.

    First, on page-4, paragraph 8, the Report states that in April 2001, "CMET's co-conspirators entered into an agreement and plan of merger wherein one conspirator would acquire the other conspirator in a cash tender offer." This statement is incorrect in that it indicates that both companies that were a party to 3D Systems' acquisition of DTM (3D and DTM) were co-conspirators in the conduct at issue. The United States does not have evidence indicating that DTM was in any way involved in the conspiracy between 3D and CMET. We would suggest correcting the quoted sentence with a statement similar to the following: "CMET's corporate co-conspirator entered into an agreement to acquire its United States competitor in the development, manufacture, and sale of rapid prototyping systems and supplies."

    Next, on page 5, paragraph 16, the Report states: "The Probation Office received no information to suggest that the defendant impeded or obstructed justice." The United States contends that CMET's conduct in conspiring to mislead the Justice Department and the Court about its intent to compete in the United States IRP market and materially altering documents during the merger review process to conceal its full relationship to 3D Systems was a substantial interference with the administration of justice. See Sentencing Guidelines, 2J1.2(b)(2).

This information effects the sentencing computations in the report. As the report correctly notes, to avoid Ex Post Facto problems, we must use the Sentencing Guidelines in effect at the time of the offense. The 2001 Sentencing Guidelines were in effect during CMET's participation in the alleged conspiracy. All calculations discussed below are based on these Guidelines. See USSG § 1B1.11(b)(2).

Based on the relevant Sentencing Guidelines, CMET's base offense level is 12. A 3-point enhancement because the "offense resulted in substantial interference with the administration of justice," pursuant to § 2J1.2(b)(2), makes the offense level 15. Offense level 15 corresponds to a base fine of $125,000, pursuant to § 8C2.4 pursuant to § 8C2.6. Therefore, the applicable Sentencing Guidelines fine range is between $100,000 and $200,000. Given the company's cooperation it is paying a fine in the lowest Sentencing guidelines range of $100,000. To summarize, as we see them, the applicable Sentencing Guidelines calculations are as follows:

| | |
|---|---|
| Base Offense Level | 12 |
| Enhancement for Substantial Interference, 2J1.2(b)(2) | +3 |
| Final Offense Level | 15 |
| Base fine level for an organization under § 8C2.4 | $ 125,000 |
| Culpability Score | 4 |
| Multiplier (§ 8C2.6) | 0.8 to 1.6 or 1.2 to 2.4 |
| Minimum and Maximum Fine Range | $100,000 to $200,000 |

If you have any questions about these corrections, please contact me at 202-307-5780, or my colleagues Ken Gaul at 202-307-6147 or Chinita Sinkler at 202-307-2862.

Sincerely,

*[signature]*

John Schmoll
Attorney

cc: Kenneth Gaul
    Chinita Sinkler

2

05/31/2006 16:04 FAX                                                                                           ☒001

# United States Department of Justice

## Antitrust Division

National Criminal Enforcement Section
1401 H Street, NW, Suite 3700
Washington, DC 20530

Fax Number: 202-514-6525
Voice Number: 202-307-5780



---

The information contained in this facsimile is government privileged and confidential information intended only for the use of the addressee(s) listed on this coversheet. If the reader of this message is not the intended recipient(s), you are hereby notified that any dissemination, distribution or copying of the telecopy is strictly prohibited. If you have received this facsimile in error, please immediately notify the sender at the telephone number listed on this coversheet and the original facsimile must be returned via the United States Postal Service to the address above. Thank you.

---

### FAX COVER SHEET

| | |
|---|---|
| Date: | May 31, 2006 |
| To: | Deborah A. Stevens-Panzer |
| Of: | United States Probation Office |
| Fax Number: | 202-273-0193 |
| From: | John Schmoll |

Pages Sent (including this sheet):    3

Remarks:



**"Taylor, Robert"**
&lt;TaylorR@howrey.com&gt;
05/27/2006 05:58 PM

To &lt;Deborah_Stevens-Panzer@dcp.uscourts.gov&gt;
cc "Schechter, Mark" &lt;SchechterM@howrey.com&gt;
bcc
Subject RE: CMET

Deborah,

I am just now cleaning up my inbox from the last couple of days. I had two changes and a question.

Mark Schechter's address on the first page is improperly stated. He is at Howrey LLP, 1299 Pennsylvania Avenue, Washington DC 20004.

On page 5, in paragraph 12, there is reference to the Final Judgment being entered on April 17, 1992. The 1992 date is clearly incorrect; all of the operative events occurred after 2000. In the Joint Sentencing Memorandum, we state that the proposed Final Judgment was filed on August 16, 2001.

Finally, I note that item 26 deals with compliance programs. As a result of this investigation, CMET's corporate parent, Nabtesco, has hired a compliance manager and is implementing a company-wide compliance program. I do not know if that is worth mentioning, or even what is contemplated by item 26.

Other than these items, we see no problem with the report.

Thanks,

Bob Taylor

Robert P. Taylor
Howrey LLP
1950 University Avenue
East Palo Alto, California 94303
Tel: 650.798.3555
Mobile: 650.400.6995

---

**From:** Deborah_Stevens-Panzer@dcp.uscourts.gov [mailto:Deborah_Stevens-Panzer@dcp.uscourts.gov]
**Sent:** Thursday, May 25, 2006 7:07 AM
**To:** Taylor, Robert
**Subject:** CMET

Mr. Taylor,

I was unable to return your call yesterday. I will be in the office until @ 1:30 ET today (Thursday) and I will return tomorrow.

Let me know when you are available.